UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Raymond A. Ratliff<br><br><br>Debtor (s) | Chapter 7<br><br>Case Number 04-14665 |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to  Capital One ,

in the amount of $ $989.75  and said check having not been cashed by said payee, the

Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to

the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money

to  Capital One .

I declare under penalty of perjury that the information provided in this application for payment of unclaimed
funds is true and correct.

_[signature]_
*Signature required*



# AFFIDAVIT OF AUTHORITY
# FOR RECOVERY OF UNCLAIMED PROPERTY

**TO WHOM IT MAY CONCERN:**

I, Warrenetta Baker, Senior Vice President, and authorized officer of Capital One Financial Corporation and its affiliates (collectively, "Capital One") being first duly sworn, state as follows:

That Valorie Golin, *Director, Shared Services,* is hereby authorized by and on behalf of Capital One to claim and receive all unclaimed property funds of any kind, exclusive of Federal, State, or local jurisdiction related tax payments, currently being held in Capital One's name.

This document shall not be construed as granting a Power of Attorney, under Federal, State, or local jurisdiction tax laws, to Ms. Golin. Ms. Golin is not authorized to receive confidential tax information on behalf Capital One, to represent Capital One in any tax matters before a Federal, State or local taxing authority, to execute any Federal, state or local tax agreements on behalf of Capital One, or to extend the statute of limitations on the assessment or collection of Federal, State or local taxes on behalf of Capital One.

**IN WITNESS WHEREOF**, I have hereto set my hand this 20th day of February 2013.

*[signature]*

Warrenetta Baker,
*SVP, Chief Counsel – Global Tax*
*Chief Tax Officer, Capital One Financial Corporation*

*[signature]* Notary Public

City / County of Fairfax
Commonwealth/State of VA
The foregoing instrument was acknowledged before me this 20 day of February 2013, by Warrenetta C. Baker
(name of person seeking acknowledgement)
Notary Public
My commission expires: 02/29/2016