UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: Raymond A. Ratliff

Case No. 04-14665

Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Application for Payment of Unclaimed Funds that the claimant is properly entitled to said funds, and that the U.S. Attorney for the District of Arizona was provided a copy of this application with a Notice of Service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to Capital One c/o Valorie Golin, the sum of Nine Hundred Eighty-Nine Dollars and Seventy-Five Cents ($989.75) of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: